UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WENDY F.,**

    **Plaintiff,**

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 2:23-cv-3730
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

Plaintiff brings this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for Social Security disability insurance benefits. On December 10, 2024, the Magistrate Judge issued a Report and Recommendation, recommending that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's denial of benefits. (ECF No. 14.) Plaintiff timely filed her Objection to the Magistrate Judge's Report and Recommendation. (ECF No. 15.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court's review "is limited to determining whether the Commissioner's decision 'is supported by substantial evidence and was made pursuant to proper legal standards.'" *Ealy v. Comm'r of Soc. Sec.*, 594 F.3d 504, 512 (6th Cir. 2010) (quoting *Rogers v. Comm'r of Soc. Sec.*, 486 F.3d 234, 241 (6th Cir. 2007));

*see also* 42 U.S.C. § 405(g) ("The findings of the Commissioner of Social Security as to any fact, if supported by substantial evidence, shall be conclusive . . . .").

The Court has analyzed the record and concludes that the decision of the Commissioner is supported by substantial evidence and was made under proper legal standards. The issues raised in Plaintiff's Objection were considered and correctly addressed by the Magistrate Judge. (*See* ECF No. 14.)

Accordingly, the Court **OVERRULES** Plaintiff's Objection (ECF No. 15), **OVERRULES** Plaintiff's Statement of Specific Errors (ECF No. 10), **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 14), and **AFFIRMS** the Commissioner's decision. The Clerk is **DIRECTED** to enter judgment and terminate this case from the docket.

IT IS SO ORDERED.

**3/20/2025**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**